DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIDELITY & DEPOSIT COMPANY OF MARYLAND,**
Appellant,

v.

**BRASFIELD & GORRIE, LLC** and **DELRAY REAL ESTATE, LLC,**
Appellee.

No. 4D19-2212

[February 13, 2020]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 502019CA005372.

E.A. "Seth" Mills, Jr. and S. Jordan Miller of Mills Paskert Divers, Tampa, for appellant.

John H. Dannecker and Sarah D. Rodriguez of Shutts & Bowen LLP, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***